Case No. 16-834                                May 8th, 2016

Dear Clerk of Court,
Can you please forward me a Docket Sheet please. I recieved the Governments Motion but nothing from the Court stating how much time I have to respond to the Respondents Motion.

Thank You!

Aceshunn-W. Brown
Authorized Representative
[74958053]
USP-Lewisburg
P.O. BOX 1000
Lewisburg, PA 17837
W/OP